IN THE UNITED STATES DISTRICT CIRCUIT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS, ILLINOIS

| | |
|---|---|
| TODD HARTWIG, )<br>)<br>　　　Plaintiff, )<br>)<br>vs. )<br>)<br>KASKASKIA COMMUNITY )<br>COLLEGE, BRUCE CONNORS, )<br>Vice President, JAMES UNDERWOOD, )<br>President, RHONDA BOEHNE, )<br>Director of Human Resources, and )<br>VICKI COOK, Supervisor of the )<br>Dislocated Worker Program, (each in )<br>their official and individual capacities), )<br>)<br>　　　Defendants. ) | Cause No.: 04-536-MJR |

## ORDER

Before the Court is the defendants' motion to compel plaintiff to execute a waiver form permitting defendants access to his medical records. **(Doc. 18).** Also before the Court is defendant's motion to withdraw their motion to compel. **(Doc. 19).**

**IT IS HEREBY ORDERED** that defendants' motion to withdraw their motion to compel **(Doc. 19)** is **GRANTED**. The Clerk of Court shall have the record reflect that defendants' motion to compel **(Doc. 18)** has been **WITHDRAWN**.

**IT IS SO ORDERED.**

**DATED:  May 26, 2005**

　　　　　　　　　　　　　　　　　　　　　　　　　　**s/ Clifford J. Proud**
　　　　　　　　　　　　　　　　　　　　　　　　　　**CLIFFORD J. PROUD**
　　　　　　　　　　　　　　　　　　　　　　　　　　**U. S. MAGISTRATE JUDGE**