IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TODD HARTWIG,**          ) | |
| Plaintiff,          ) | |
| vs.          ) | |
| ) | **CASE NO. 04-536-CJP** |
| **KASKASKIA COMMUNITY COLLEGE,** *et al.*  ) | |
| ) | |
| **Defendants.**          ) | |

## ORDER

Before the Court is the parties' joint, stipulated motion for entry of a final order dismissing this case. **(Doc. 46).** The parties have informed the Court that a settlement agreement was reached, and they now request that plaintiff's cause of action be dismissed with prejudice.

**IT IS HEREBY ORDERED** that, for good cause shown, the subject motion for dismissal **(Doc. 46)** is **GRANTED**; the above-captioned case is **DISMISSED WITH PREJUDICE**. Final Judgment shall enter accordingly.

**IT IS SO ORDERED.**

DATED: February 21, 2006

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**