# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TODD HARTWIG, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| -vs- | )   NO. 04-536-CJP |
| | ) |
| KASKASKIA COMMUNITY COLLEGE, | ) |
| JAMES UNDERWOOD, RHONDA | ) |
| BOEHNE and VICKI COOK, | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

Case is dismissed with prejudice in accordance with Order entered by Magistrate Judge Clifford J. Proud on February 21, 2006 (Doc. 47).

**DATED**: February 23, 2006

**NORBERT G. JAWORSKI, CLERK**

BY:   S/Angela Vehlewald
         **Deputy Clerk**

**Approved by**   S/ Clifford J. Proud
         **United States Magistrate Judge**
         **Clifford J. Proud**